| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| South Central Regional Office<br>U.S. Armed Forces Reserve Complex<br>344 Marine Forces Drive<br>Grand Praire, TX 75051 | Anthony Ellis # 33629-034<br>FCI Williamsburg<br>P.O. Box 340, Salters, SC |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☐ CIVILIAN | 12-01-1988 | single | October 28, 2022 | Between 2-3 pm |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary). This is a Complaint regarding the negligent actions of the employees that work for the Bureau of Prisons an the United States is responsible for the negligent actions. Anthony Ellis make the following claims: (1) pain and suffering; (2) Emotional Pain; (3) Anxiety and stress; (4) General inconvenience. (See the following statement of facts). (Continued on next pages.)

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

N/A

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

N/A

10. PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT. Anthony Ellis was stabbed multiple times, in fact, he was stabbed to death. Health Service has declined to provide me with the report from Christus Hospital-St. Elizabeth. Plaintiff provides a three page Exhibit listed as (Exhibit-A.). Statement of facts continued on next pages.

11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Unit Officers;<br>Nice Camera Vision;<br>and other inmates. | U.S.P. Beaumont<br>Beaumont Texas |

12. (See instructions on reverse).  AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| | Non-economical<br>$4,750,000.00 | | $4,750,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *Anthony Ellis* | None/Incarcerated | |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

COMPLAINT

1.    This is a Federal Tort Claim Act ("FTCA") Standard Form 95. Which give the federal agency a chance to resolve the issues that will be presented, and determine whether this matter will be filed in the district court under 28 U.S.C. §§ 1346, 2671, et. seq..

2.    Plaintiff, Anthony Ellis # 33629-034, is an individual that resides in the custody of the Bureau of Prisons ("BOP"), currently housed at the FCI Williamsburg facility located at 8301 U.S. Highway 521, Salters, South Carolina 29590.

3.    Defendant, the United States of America, located at Department of Justice, 950 Pennsyvania Avenue, N.W., Washington, D.C. 20530-0001.

4.    On October 28, 2022, at or around 2:15 to 2:45 p.m., two inmates from another housing unit, entered the unit plaitiff resided in and made an attempt to kill him based on the type of crime he was convicted of. (Sex Crime).

5.    The inmates carried home made metal knives through multiple metal detectors and other officers are posted in various stations on the compound yard.

6.    The assigned officers to unit DB-2, allowed the inmates in the unit and after they pulled the knives out, failed to hit the boby alarm to alert other officers outside the unit that a serious problem exist in DB-2 building.

7.    Because defendant failed to intervene in the attack that was being preformed on plaintiff, plaintiff was severely stabbed multiple time which resulted in him collapsing and having to be

* 1 *

rushed to the Hospital, which he actually died and was revised.

8.    Plaintiff contends that the United States ("Defendant") was negligent in its duty to protect plaintiff was brutally being attacked with metal knives, and failed to intervene to prevent the attack form occurring.

9.    Plaintiff contends that the defendant's conduct was a cause-in-fact of plaintiffs' injuries.

10.    Plaintiff contends that the defendant had a duty to comform its conduct to a specific standard.

11.    Plaintiff contends that the defendant's conduct failed to conform to the appropriate standard and breached its duty to protect.

12.    Plaintiff contends that the defendant's conduct was a legal cause of the plaintiff's injuries.

13.    Plaintiff contends that plaintiff suffered actual damages, aside from the physical wounds suffered, plaintiff is suffering from mental anguish, extreme mental disturbance, extreme discomfort, and extreme pain and suffering where the defendant breached that duty by its negligent act or omission of preventing the attack.

14.    Plaintiff avers that after he was returned to the prison he was placed in medical care unit from October 29, 2022 until November 8, 2022, and that he never received wound care and was ignored about any complications he was having, and was told by the defendants' to "shut-up, you should not have gotten stabbed, its not their fault."

* 2 *

15.   Plaintiff avers that the two were allowed to pass the metal detectors with the officers working those stations, granting permission to the inmates to carry out the assault on plaintiff because of the crime he is serving his sentence on.

16.   Plaintiff avers that the defendants' actions were particularly egregious and plaintiff continues to experience a great deal of mental trauma.

<u>CLAIM ONE</u>

GROSSLY NEGLIGENT, WILFUL, WANTON, AND RECKLESS CONDUCT OF PLAINTIFF'S INJURIES WHERE DEFENDANT'S CONDUCT WAS "CAUSE-IN-FACT" OF PLAINTIFF'S INJURIES BY FAILING TO PROVIDE HIM WITH PROTECTION

17.   Plaintiff incorporates paragraph 1-16 by reference in this Complaint.

18.   Plaintiff alleges that the actions of the United States are grossly negligent, for its failure to prevent the two inmates from walking across the compound with two metal knives, where there is a number of safety measure implemented to detect knives and other weapons being carried by inmates.

19.   Plaintiff alleges and claims that he is experiencing extreme paranoia, mental anguish resulting in difficulty in sleeping, eating, and carrying out otherwise daily activities, as a result of the defendant's disregard for the rights owed Plaintiff regarding reasonable protection while in their care.

20.   Plaintiff avers that the defendant had a duty to conform his conduct to a specific standard, that is to make sure each and every inmate on the compound to pass through the metal detectors

* 3 *

at each juncture or route taken by inmates. (The duty element)

21.   Plaintiff avers that the defendants conduct is the legal cause of plaintiff's injuries (the scope of liability or scope of protection element) by allowing other inmates to enter into the housing unit that they had control over, and pretty much knew, or know all the inmates by name whom live in that unit.

<u>CLAIM TWO</u>

THE DEFENDANT HAS BREACHED ITS DUTY OF PROTECTION OWED TO PLAINTIFF AND THEIR WANTON/GROSS NEGLIGENCE ACT OR OMISSION RESULTING IN PAIN AND SUFFERING DAMAGES PROXIMATELY RESULTING FROM THAT BREACH OF DUTY. PLAINTIFF IS SEEKING DAMAGES UP TO FOUR MILLION SEVEN HUNDRED AND FIFTY THOUSAND DOLLARS

22.   Plaintiff incorporates paragraphs 1-21 by reference in this Complaint.

23.   Plaintiff contends that the United States, the sole defendant in this matter, has breached its duty of protection in a negligent manner by failing to abide by its own rules an procedures that are in place to protect not only staff member but inmates as well.

24.   Plaintiff is seeking relief in the form of monetary in the amount not to exceed $4,750,000.00 Dollars, where the defendant was grossly negligent, wilful, wanton, and reckless. Based on the foregoing conduct, there are currently no caps on pain and suffering (non-economic damages) in Texas, except in medical malpractice.

WHEREFORE, Plaintiff request the following relief:

1.   Trial by Jury if needed;

\* 4 \*

2.   Non-economic and Punitive Damages not to exceed Four Million Seven Hundred and Fifty Thousand $4,750,000.

3.   Such relief that this investigator deems appropriate.


Respectfully submitted,

Anthony Ellis # 33629-034
FCI Williamsburg
P.O. Box 340
Salters, SC 29590

\* 5 \*

E X H I B I T     A

1.     Report from institution. Three (3) pages.

# Bureau of Prisons
# Health Services
# Clinical Encounter

---

| | |
|---|---|
| Inmate Name: ELLIS, ANTHONY | Reg #: 33629-034 |
| Date of Birth: 12/01/1988 | Facility: BMP |
| Encounter Date: 10/28/2022 14:50    Sex: M   Race: BLACK | Unit: D04 |
| Provider: May, C. RN | |

---

Injury Assessment - Non-work related encounter performed at Health Services.

**SUBJECTIVE:**

**INJURY   1         Provider:   May, C. RN**

**Date of Injury:**    10/28/2022 14:43        **Date Reported for Treatment:**    10/28/2022 14:50

**Work Related:**    No        **Work Assignment:**    UNASSIGNED

**Pain Location:**

Pain Scale:    6

Pain Qualities:

**Where Did Injury Happen (Be specific as to location):**

Housing Unit

**Cause of Injury (Inmate's Statement of how injury occurred):**

Altercation

**Symptoms (as reported by inmate):**

Back Pain

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/28/2022 | 14:50 BMX | 97.8 | 36.6 | Forehead | May, C. RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/28/2022 | 14:50 BMX | 120 | Via Machine | | May, C. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/28/2022 | 14:50 BMX | 18 | May, C. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/28/2022 | 14:50 BMX | 120/70 | Left Arm | | | May, C. RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 10/28/2022 | 14:50 BMX | 94 | Room Air | May, C. RN |

**Exam:**

**General**

**Affect**

Yes: Cooperative, Anxious

**Appearance**

---

| | | | | |
|---|---|---|---|---|
| Inmate Name: ELLIS, ANTHONY | | | Reg #: | 33629-034 |
| Date of Birth: 12/01/1988 | Sex: M | Race: BLACK | Facility: | BMP |
| Encounter Date: 10/28/2022 14:50 | Provider: May, C. RN | | Unit: | D04 |

Yes: Appears Well, Alert and Oriented x 3

No: Appears Distressed

## Skin

### General

Yes: Within Normal Limits, Dry, Skin Intact, Warmth

No: Clammy, Diaphoretic

## Head

### General

Yes: Symmetry of Motor Function

## Eyes

### General

Yes: PERRLA

## Pulmonary

### Observation/Inspection

Yes: Within Normal Limits

No: Coughing, severe w production green/brown mucus, Respiratory Distress

### Auscultation

Yes: Clear to Auscultation

## Cardiovascular

### Observation

Yes: Tachycardia

## Peripheral Vascular

### General

Yes: Within Normal Limits

## Abdomen

### Inspection

Yes: Within Normal Limits

## Gastrointestinal

### General

Yes: Within Normal Limits

No: Diarrhea, Vomiting

## ASSESSMENT:

Laceration(s)

Inmate brought to medical for assessment following altercation. Initially inmate was standing by wall at Lt. Office. Inmate awake alert and oriented pupils are equal and reactive. Inmate reports pain to back. Upon inspection inmate has X4 puncture wounds to back. No Active bleeding. Inmate has even unlabored respirations. However wheezes are noted over right lung. There are X2 puncture wounds to right shoulder. No active bleeding. There is X1 Puncture wound to left thigh. No active bleeding. During assessment inmate stated he was getting short of breath and went unconscious. Inmate was quickly carried to trauma room. Upon arrival inmate regained consciousness. Vitals show tachycardia. Chest seal placed over puncture wound to back. Inmate ordered to be transported to hospital via EMS. Medical initiated 18G IV in left and right AC per trauma protocol. EMS arrived and assumed care of inmate.

## PLAN:

## Disposition:

Transfer to Local Hospital

| Inmate Name: | ELLIS, ANTHONY | | | | | | Reg #: | 33629-034 |
|---|---|---|---|---|---|---|---|---|
| Date of Birth: | 12/01/1988 | | Sex: | M | Race: | BLACK | Facility: | BMP |
| Encounter Date: | 10/28/2022 14:50 | | Provider: | May, C. RN | | | Unit: | D04 |

**Other:**

Patient asked about allergies, sensitivities, and reactions; reviewed, verified, and applied during this encounter.
Current Information Chart: Allergies

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/28/2022 | Counseling | Access to Care | May, C. | Verbalizes Understanding |
| 10/28/2022 | Counseling | Plan of Care | May, C. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by May, C. RN on 10/28/2022 18:32

Requested to be cosigned by  Ramos, Luis (MAT) MD.

Cosign documentation will be displayed on the following page.

Requested to be reviewed by  Coburn, G. FNP-C.

Review documentation will be displayed on the following page.

To whom it concerns,                                    5-14-24

    I was recently made aware that the staff at Beaumont
Penitentiary fabricated the incident report surrounding my
being assaulted/stabbed saying it was only me and one
other inmate when it was actually two inmates and me so
I'm asking that if my civil suit is heard would you please
request the video from Delta Bravo housing unit along with
the incident report itself showing the evidence was tampered
with. The date should be 10-28-22 at aproximately 2:45 to 3:00 p.m

Also my new address is:
Federal Correctional Institution 2
P.O. Box 1500
Butner, NC. 27509

                                 5-14-24
                             Anthony Ellis
                             *Anthony Ellis*
                             Reg # 33629-034

Anthony Ellis #33629-034
Federal Correctional Institution 2
P.O. Box 1500
Butner, NC. 27509



CERTIFIED MAIL

9589 0710 5270 0994 9293 15

CLERK, U.S. DISTRICT COURT
RECEIVED

JUN 20 2024

EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS





Retail   U.S. POSTAGE PAID
FCM LG ENV
BUTNER, NC 27509
JUN 10, 2024

77701   $0.00

RDC 99   S2324K500810-06

United States District Clerk
Jack Brooks Federal Building and United States Courthouse
300 Willow Street Suite 104
Beaumont, Texas 77701